**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 2:16-po-00309-GMB |
| | ) |
| LACLARIONS A. ROBINSON | ) |

**ORDER**

Upon consideration of the Motion for Leave to Dismiss With Prejudice as to LACLARIONS A. ROBINSON filed in the above-styled cause, and for good cause shown, the motion is hereby GRANTED.

Done this 26th day of July, 2016.

/s/ Gray M. Borden
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE